IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

FILED
DEC 0 5 2018
Clerk, U.S. District Court
District Of Montana
Missoula

| | |
|---|---|
| MONIQUE A. WERNER, | CV 18–170–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| TELETECH SERVICES CORPORATION, | |
| Defendant. | |

Plaintiff Monique Werner moves to remand this matter to the state court on

the grounds that she does not plan to seek recovery in an amount in excess of

$75,000. (Doc. 18.) Defendant Teletech Services Corporation does not oppose

the motion.

In the absence of diversity jurisdiction, 28 U.S.C. § 1332(a), IT IS

ORDERED that the plaintiff's motion (Doc. 18) is GRANTED. The December

13, 2018 Preliminary Pretrial Conference and related deadlines are VACATED.

This matter is REMANDED to the Montana Eleventh Judicial District Court. The Clerk of Court is directed to transfer the file to the state court and close the case.

Dated this _5th_ day of December, 2018.

Donald W. Molloy, District Judge
United States District Court